# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Pension Benefit Guaranty Corporation

　　　　　　　　　　　Plaintiff(s),

　　v.

Administrative Committee for the New United Motor Mfg. Inc./UAW Hrly Defined Benefit Plan, Savings and Retirement Committee, et al.

　　　　　　　　　　　Defendant(s).

CASE NO. CV-10-0898

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Susan Katz Hoffman , an active member in good standing of the bar of the Supreme Court of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is Littler Mendelson, P.C., Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102, (267) 402 3015. , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Defendants

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: March 19, 2010.



United States District Judge
IT IS SO ORDERED
Judge William Alsup