# FILED

APR 0 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  ISRAEL GOLDOWITZ
   Chief Counsel
2  CHARLES L. FINKE
3  Deputy Chief Counsel
   MICHAEL C. MILLER
4  Assistant Chief Counsel
   SARA EAGLE (SE 7044)
5  LORI BUTLER (LB 2349)
6  Attorneys

7  Attorneys for Plaintiff:
   PENSION BENEFIT GUARANTY CORPORATION
8  1200 K STREET, N.W.
9  SUITE 340
   WASHINGTON, D.C. 20005
10 Ph: (202) 326-4020, ext. 3881
   Fax: (202) 326-4112
11 Email: eagle.sara@pbgc.gov and efile@pbgc.gov

12        **IN THE UNITED STATES DISTRICT COURT**
13        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14 _____
                                              )
15 In re: THE NEW UNITED MOTOR MANUFACTURING,)
   INC./UAW HOURLY DEFINED BENEFIT PLAN      )
16                                            )
   PENSION BENEFIT GUARANTY                   ) Civil Action No. 10-0898(WHA)
17 CORPORATION                                )
                                              )
18            Plaintiff,                      ) STIPULATION
                                              ) TO SEAL PORTION
19            v.                              ) OF ADMINISTRATIVE
                                              ) RECORD; [PROPOSED]
20 ADMINISTRATIVE COMMITTEE FOR THE NEW       ) ORDER
21 UNITED MOTOR MANUFACTURING, INC./UAW       )
   HOURLY DEFINED BENEFIT PLAN, SAVINGS AND   )
22 RETIREMENT COMMITTEE, and NEW UNITED       )
   MOTOR MANUFACTURING, INC., each as         )
23 administrator of the New United Motor Manufacturing, )
24 Inc./UAW Hourly Defined Benefit Plan       )
                                              )
25            Defendants.                     )
26 _____)

27    **STIPULATION TO SEAL PORTION OF THE ADMINISTRATIVE RECORD**

28                                           **STIPULATION TO SEAL**

1    Plaintiff, Pension Benefit Guaranty Corporation ("PBGC") and Defendant(s),

2    administrator of The New United Motor Manufacturing, Inc./UAW Hourly Defined Benefit Plan

3    (the "Plan"), through their undersigned counsel of record, hereby respectfully request and

4
5    stipulate that the Court file under seal a portion of the Administrative Record of the Pension

6    Benefit Guaranty Corporation's Determination to Terminate The New United Motor

7    Manufacturing, Inc./UAW Hourly Defined Benefit Plan ("Administrative Record").

8    1.    This action arises under Title IV of the Employee Retirement Income Security

9    Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461.  PBGC has determined, pursuant

10   to 29 U.S.C. § 1342(a)(2) and (a)(4), that the Plan will be unable to pay benefits when due, and

11
12   that the possible long-run loss of PBGC with respect to the Plan may reasonably be expected to

13   increase unreasonably if the plan is not terminated.

14   2.    By its complaint, PBGC seeks an order upholding its determination; and, thereby

15   (a) terminating the Plan, (b) appointing PBGC statutory trustee of the Plan, and (c) establishing

16   March 3, 2010, as the termination date for the Plan.

17
18   3.    In support of its determination PBGC must file the Administrative Record.

19   However, a large portion of that record contains or is derived from information submitted to

20   PBGC pursuant to a confidentiality agreement between PBGC and New United Motor

21   Manufacturing, Inc. (the "Agreement"), and designated, by the terms of the Agreement, as

22   confidential business information pursuant to 29 C.F.R. §§ 4901.21 and 4901.24.

23   4.    Accordingly,  PBGC and the Defendant(s) stipulate and request that the those

24   portions of the Administrator Record designated by NUMMI as confidential business

25   information pursuant to 29 C.F.R. §§ 4901.21 and 4901.24 be filed under seal.

26

27

28                                    2              **STIPULATION TO SEAL**

1    5.    In accordance with Local Rule 79-5(c), the entire Administrative Record has been

2   filed in a sealed container, with the sealable portions clearly noted.  Specifically, the

3   Administrative Record contains 4 volumes, with volumes II through IV designated as sealable.

4
                                            Respectfully submitted,
5

6                                           Israel Goldowitz, Chief Counsel
                                            Charles L. Finke, Deputy Chief Counsel
7                                           Michael Miller, Assistant Chief Counsel
                                            Lori Butler, Attorney
8                                           Pension Benefit Guaranty Corporation
                                            Office of the Chief Counsel
9                                           1200 K Street, N.W.
                                            Washington, D.C.  20005
10                                          (202) 326-4020, ext. 3881
                                            eagle.sara@pbgc.gov
11

12

13  Dated:  April 2, 2010            By:    /s/ Sara B. Eagle
                                            Sara B. Eagle, Attorney
14                                          PENSION BENEFIT GUARANTY
                                            CORPORATION
15

16

17  Dated:  April 2, 2010            By:    /s/ Nancy L. Ober w/permission
                                            Nancy L. Ober, Esquire
18                                          Susan Katz Hoffman, Esquire
                                            Littler Mendelson, P.C.
19                                          650 California St., 20th Floor
                                            San Francisco, CA  94108-2693
20                                          (415) 677-3127
                                            Attorneys for Defendant
21                                          NEW UNITED MOTOR
                                            MANUFACTURING, INC.
22

23

24                              [PROPOSED] ORDER

25          Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED that

26  Volumes II through IV of the Administrative Record be filed under seal.

27

28                                    3                    STIPULATION TO SEAL

IT IS SO ORDERED.

Dated:   April 19, 2010.

IT IS SO ORDERED

Judge William Alsup

4                    **STIPULATION TO SEAL**