UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED BENEFIT PLAN<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATIVE COMMITTEE FOR THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED BENEFIT PLAN, SAVINGS AND RETIREMENT COMMITTEE and NEW UNITED MOTOR MANUFACTURING, INC.<br><br>Defendants. | CASE NO. CV-10-0898 WHA<br><br>~~(PROPOSED)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Ray C. Schrock, whose business address and telephone number is Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, (312) 862-2413, and who is an active member in good standing of the bar of the State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Administrative Committee For The New United Motor Manufacturing, Inc./UAW Hourly Defined Benefit Plan, Savings And Retirement Committee, and New United Motor Manufacturing, Inc. ("NUMMI").

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 21, 2010.



_____
William H.
United States

Schrock Application for
Admission Pro Hac Vice

Case No. CV-10-0898 WHA