ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
MICHAEL C. MILLER
Assistant Chief Counsel
SARA EAGLE (SE 7044)
LORI BUTLER (LB 2349)
Attorneys
PENSION BENEFIT GUARANTY CORPORATION
1200 K STREET, N.W., SUITE 340
WASHINGTON, D.C. 20005
Telephone:    (202) 326-4020, ext. 3881
Facsimile:    (202) 326-4112
Email: eagle.sara@pbgc.gov and efile@pbgc.gov

*Attorneys for Plaintiff*
PENSION BENEFIT GUARANTY CORPORATION

Ray C. Schrock (*Pro Hac Vice*)*
ray.schrock@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Mark E. McKane (230552)
mark.mckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant*
NEW UNITED MOTOR MANUFACTURING, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>ADMINISTRATIVE COMMITTEE FOR THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED BENEFIT PLAN, SAVINGS AND RETIREMENT COMMITTEE, et al.<br>          Defendants. | CASE NO. CV-10-0898 WHA<br><br>**STIPULATED JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR JUNE 17, 2010 AT 11:00 A.M. AND [PROPOSED] ORDER**<br><br>Date:           June 17, 2010<br>Time:          11:00 a.m.<br>Courtroom:  9<br>Judge:         Hon. William H. Alsup |

* Admitted to practice only in Illinois    1    Case No. CV-10-0898 WHA

Plaintiff Pension Benefit Guarantee Corporation ("PBGC") and Defendant New United Motor Manufacturing, Inc., for itself and all other defendants, ("NUMMI"), through their undersigned counsel of record, jointly move pursuant to Local Rule 16-2(d) for an order to continue the June 17, 2010 Case Management Conference until July 8, 2010 at 11:00 a.m.

The parties have been engaged in extensive negotiations and believe they will have a documented resolution in the next few days, and hope shortly to seek a stay of the litigation. The parties have waited until they are comfortable representing that a resolution is forthcoming to asked the court for a postponement.

The PBGC is a government agency located only in Washington, D.C. PBGC's counsel will require three days of travel. It would be most beneficial to the case if PBGC's counsel could use the three days of travel time to finalize the settlement. Moreover, postponing the hearing would save the government significant travel expense.

DATED: June 15, 2010            Respectfully submitted,

**PENSION BENEFIT GUARANTY CORPORATION**

By: _____/s/ Sara Eagle_____
             Sara Eagle

ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
MICHAEL C. MILLER
Assistant Chief Counsel
SARA EAGLE (SE 7044)
LORI BUTLER (LB 2349)
Attorneys
PENSION BENEFIT GUARANTY CORPORATION
1200 K STREET, N.W., SUITE 340
WASHINGTON, D.C. 20005
Telephone:    (202) 326-4020, ext. 3881
Facsimile:     (202) 326-4112
Email: eagle.sara@pbgc.gov and efile@pbgc.gov

Attorneys for Plaintiff
PENSION BENEFIT GUARANTY CORPORATION

**KIRKLAND & ELLIS LLP**

By: _____/s/ Mark E. McKane_____
             Mark E. McKane

Ray C. Schrock (*Pro Hac Vice*)
ray.schrock@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Mark E. McKane (230552)
mark.mckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

### [PROPOSED] ORDER

Pursuant to parties' Stipulated Joint Motion and for good cause shown, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for June 17, 2010 at 11:00 a.m. is continued to ~~July 8, 2010~~ June 24, 2010, at 11:00 a.m. at 11:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  June 16, 2010.                     _____
                                           HON. WILLIAM H. ALSUP
                                           JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED* [signature: Judge William Alsup]

**E-FILING ATTESTATION**

I, Mark E. McKane, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B, I hereby attest that the signatory identified below has concurred in this filing.

/s/ *Mark E. McKane*
Mark E. McKane

*Attorneys for Defendant*
*New United Motor Manufacturing, Inc.*

**PENSION BENEFIT GUARANTY CORPORATION**

By:  */s/* Sara Eagle
 Sara Eagle
ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
MICHAEL C. MILLER
Assistant Chief Counsel
SARA EAGLE (SE 7044)
LORI BUTLER (LB 2349)
Attorneys
1200 K STREET, N.W., SUITE 340
WASHINGTON, D.C. 20005
Telephone: (202) 326-4020, ext. 3881
Facsimile: (202) 326-4112

*Counsel for Plaintiff*
*Pension Benefit Guaranty Corporation*

Case No. CV-10-0898 WHA
STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents or papers via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

**STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR JUNE 17, 2010 AT 11:00 A.M. AND [PROPOSED] ORDER**

/s/ *Mark E. McKane*
Mark E. McKane

Case No. CV-10-0898 WHA
STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE