| | |
|---|---|
| 1 | JONATHAN WEISSGLASS (SBN 185008) |
| | BARBARA J. CHISHOLM (SBN 224656) |
| 2 | EMILY WHITE (SBN 254294) |
| | Altshuler Berzon LLP |
| 3 | 177 Post Street, Suite 300 |
| | San Francisco, California 94108 |
| 4 | Telephone: (415) 421-7151 |
| | Facsimile: (415) 362-8064 |
| 5 | E-mail: jweissglass@altshulerberzon.com |
| | bchisholm@altshulerberzon.com |
| 6 | ewhite@altshulerberzon.com |

JUN 2 1 2010

MICHAEL B. NICHOLSON (P33421),
*pro hac vice application pending*
General Counsel
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI 48214
Telephone: (313) 926-5216
E-mail: mn@mnlw.net

Attorneys for Intervenor
International Union, United Automobile,
Aerospace and Agricultural Implement Workers
of America (UAW)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | Case No. CV-10-0898 WHA |
| Plaintiff, | ~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| ADMINISTRATIVE COMMITTEE FOR THE NEW UNITED MOTOR MANUFACTURING INC./UAW HOURLY DEFINED BENEFIT PLAN, SAVINGS AND RETIREMENT COMMITTEE, et al., | |
| Defendants. | |

~~(PROPOSED)~~ Order Granting Application for Admission of Attorney *Pro Hac Vice*
Case No. CV-10-0898 WHA

1   MICHAEL B. NICHOLSON, whose business address is International Union, UAW, 8000
2   East Jefferson Avenue, Detroit, MI 48214, and telephone number is (313) 926-5216, and who is
3   an active member in good standing of the bar of, *inter alia*, the U.S. District Court for the Eastern
4   District of Michigan, the U.S. Court of Appeals for the Sixth Circuit, and the U.S. Court of
5   Appeals for the Ninth Circuit, has applied in the above-entitled action for admission to practice in
6   the Northern District of California on a *pro hac vice* basis, representing International Union,
7   United Automobile, Aerospace and Agricultural Implement Workers of America (UAW).

8   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10  *vice*. Service of papers upon and communication with co-counsel designated in the application
11  will constitute notice to the party. All future filings in this action are subject to the requirements
12  contained in General Order No. 45, *Electronic Case Filing*.

14  Dated: June 22, 2010.



1

(PROPOSED) Order Granting Application for Admission of Attorney *Pro Hac Vice*
Case No. CV-10-0898 WHA