IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE NEW UNITED MOTOR
MANUFACTURING, INC.,

    Plaintiff,

  v.

ADMINISTRATIVE COMMITTEE FOR THE
NEW UNITED MOTOR MANUFACTURING,
INC./UAW HOURLY DEFINED BENEFIT
PLAN, SAVINGS AND RETIREMENT
COMMITTEE,
et al.,

    Defendants.

                                           /

No. C 10-00898 WHA

**ORDER DENYING
MOTION TO STAY
MATTER AND DENYING
CONTINUANCE OF
CASE MANAGEMENT
CONFERENCE**

Good cause not shown, the Court **DENIES** the parties' motion to stay matter pending finalization of agreed upon settlement or to continue the case management conference for five more weeks due to a "settlement in principle." The Court has found that such settlements often crater and believes that the best course is to set case management deadlines to move the case along.

**IT IS SO ORDERED.**

Dated: June 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE