IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENSION BENEFIT GUARANTY CORPORATION,

    Plaintiff,

  v.

ADMINISTRATIVE COMMITTEE FOR THE NEW UNITED MOTOR MANUFACTURING, INC./UAW HOURLY DEFINED BENEFIT PLAN, SAVINGS AND RETIREMENT COMMITTEE, and NEW UNITED MOTOR MANUFACTURING, INC., each as administrator of the New United Motor Manufacturing Inc./UAW Hourly Defined Benefit Plan,

    Defendants.

No. C 10-00898 WHA

**ORDER DISMISSING CASE**

Pursuant to the joint stipulation of dismissal (Dkt. 46) and notice of settlement filed by the parties (Dkt. 54), this action is hereby **DISMISSED WITHOUT PREJUDICE. THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: July 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE